NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-266

ERIC R. CERWONKA

VERSUS

JOE D. BAKER AND TERESA C. BAKER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NUMBER 32,555
HONORABLE J.P. MAUFFRAY, JR., PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PER CURIAM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy H. Ezell, Judges.

**AFFIRMED.**

Michael H. Davis
2017 MacArthur Drive, Bldg. 4, Ste. A
Alexandria, Louisiana 71301
(318) 445-3621
COUNSEL FOR APPELLANT:
    Eric R. Cerwonka

Speedy O. Long
P.O. Box 1637
Jena, Louisiana 71342
COUNSEL FOR CHILD:
    Steven Baker

Walter E. Dorroh, Jr.
P.O. Box 1889
Jena, Louisiana 71342
(318) 992-4107
COUNSEL FOR APPELLEE:
    Joe D. Baker

Donald R. Wilson
P.O. Box 1346
Jena, Louisiana 71342
(318) 992-2104
COUNSEL FOR APPELLEE:
    Teresa C. Baker